M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, Appellant,

v.

SWISS REINSURANCE AMERICA CORPORATION AND TRIBUNE COMPANY, Appellees.

Supreme Court of Pennsylvania.

Nov. 17, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of November, 2004, the order of the Commonwealth Court is hereby AFFIRMED.

Appellant's Application to Supplement the Record is DENIED.